IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ROGER PACE,

    Plaintiff,

v.                                    Civil Action No. 3:12cv85

CHASE BANK USA, NA,

    Defendant.

**ORDER**

It appearing that the above-captioned case is set for an Initial Pretrial Conference on April 18, 2012; and, upon examination of the file and consideration of the Court's congested docket, and it appearing that this action would be sooner resolved if the parties consent to referral of the case in its entirety to a Magistrate Judge as the presiding judicial officer (of course, preserving the right to trial by jury if such has been demanded), it is hereby ORDERED that counsel shall confer with their respective clients and with each other to determine whether both parties will consent to assignment of the case to a Magistrate Judge as the presiding judicial officer. To that end, counsel for the plaintiff shall assure that the foregoing conferences occur not later than April 12, 2012, and that the court is informed not later than 5:00 p.m. April 13, 2012 whether such consents (by all parties) have been given; and, to avoid confusion, counsel for each party shall file, not later than 5:00 p.m. on April 13, 2012, a

Statement Respecting Consent wherein the position of the party (whether consenting or not) shall be clearly set forth.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: April 5, 2012