**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| ROGER PACE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:12cv085 |
| | ) | |
| CHASE BANK USA, NA | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Janelle E. Mason of Consumer Litigation Associates, P.C. will hereafter serve as counsel of record for the Plaintiff, and hereby enters her appearance in this matter.

Respectfully submitted,
**ROGER PACE**

_____/s/_____
Janelle E. Mason, VSB No. 82389
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:     703-273-7770
Fax:    888-892-3512
janelle@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of April, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Christopher E. Brown
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Tel:   (703) 610-8692
Fax:   (703) 610-8686
cebrown@milesstockbridge.com

*Counsel for the Defendant*

                                        /s/
                              Janelle E. Mason, VSB No. 82389
                              *Counsel for the Plaintiff*
                              CONSUMER LITIGATION ASSOCIATES, PC
                              1800 Diagonal Road, Suite 600
                              Alexandria, VA  22314
                              Tel:   703-273-7770
                              Fax:   888-892-3512
                              janelle@clalegal.com