# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| ROGER PACE | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 3:12cv085 |
| | ) |
| CHASE BANK USA, NA | ) |
| | ) |
|     Defendant. | ) |

## PLAINTIFF'S CONSENT TO MAGISTRATE JURISDICTION

Pursuant to this Court's order of April 6, 2012 (Docket No. 11), Plaintiff hereby provides notice of his consent to magistrate jurisdiction for all purposes in this matter.

                                              Respectfully submitted,
                                              **ROGER PACE**


                                              By:       /s/
                                                          Of Counsel

Matthew J. Erausquin, VSB No. 65434
Janelle E. Mason, VSB No. 82389
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:    703-273-7770
Fax:   888-892-3512
matt@clalegal.com
janelle@clalegal.com

Leonard A. Bennett, VSB No. 37523
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Tel:    757-930-3660
Fax:   757-930-3662
lenbennett@cox.net

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 6th day of April, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Christopher E. Brown
MILES & STOCKBRIDGE P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Tel:   (703) 610-8692
Fax:   (703) 610-8686
cebrown@milesstockbridge.com

*Counsel for the Defendant*

                                               /s/
                                    Janelle E. Mason, VSB No. 82389
                                    *Counsel for the Plaintiff*
                                    CONSUMER LITIGATION ASSOCIATES, PC
                                    1800 Diagonal Road, Suite 600
                                    Alexandria, VA  22314
                                    Tel:   703-273-7770
                                    Fax:   888-892-3512
                                    janelle@clalegal.com