**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**



ROGER PACE,

    Plaintiff,

v.                                             Civil Action No. 3:12cv85

CHASE BANK USA, NA,

    Defendant.

**ORDER**

It is hereby ORDERED that the settlement conference and proceedings required by paragraph 3 of the Scheduling Order are referred to United States Magistrate Judge David J. Novak. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Novak within five (5) days of the date of this Order to schedule the conference to occur within the fifty-day period required by paragraph 3 of the Scheduling Order or at such other time as Magistrate Judge Novak shall approve.

The Clerk is directed to send a copy of this Order to Magistrate Judge Novak.

It is so ORDERED.

                                                         /s/    *REP*
                                            Robert E. Payne
                                            Senior United States District Judge

Richmond, Virginia
Date: April 19, 2012